AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida
_____ District of _____

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation, OAKLEY, INC., a Washington corporation, and COSTA DEL MAR, INC., a Florida corporation, | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| BEEMER & ASSOCIATES III, LLC, a Florida limited liability company, ATLANTIC SELF STORAGE, LLC, Florida limited liability company d/b/a "BEACH BLVD FLEA MARKET", MAHMOUD ASHOURIAN and ELAINE ASHOURIAN, individually. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 23-cv-00551

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Beemer & Associates III, LLC
c/o Miklaine, LLC, Registered Agent
7880 Gate Pkwy, 300
Jacksonville, FL 32256

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David B. Rosemberg
Rosemberg Law
20200 W. Dixie Hwy., Suite 602
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*