UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 23-cv-00551-WWB-SJH

LUXOTTICA GROUP S.p.A., an Italian corporation, OAKLEY, INC., a Washington corporation, and COSTA DEL MAR, INC., a Florida corporation,

    Plaintiffs,

 v.

BEEMER & ASSOCIATES III, LLC, a Florida limited liability company, MIKLAINE, LLC, a Florida limited liability company, MAHMOUD ASHOURIAN, ELAINE ASHOURIAN,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

  Pursuant to Local Rule 3.09(a), Plaintiffs and Defendants, through undersigned counsel, hereby notify the Court of the following:

  1. A confidential settlement in principle was reached earlier today between Plaintiffs and Defendants with respect to Plaintiffs' claims in the above-captioned lawsuit.

  2. The Parties are actively working on finalizing the terms of their settlement in principle and reducing these terms to writing, with the goal of completing same in the next twenty-four hours.

  Dated: May 28, 2025.

By: /s/ David B. Rosemberg
David B. Rosemberg, P.A. (0582239)
david@rosemberglaw.com
ROSEMBERG LAW
20200 W. Dixie Hwy., Suite 602
Aventura, Florida 33180
Tel: 305.602.2008

-and-

By: /s/ George G. Mahfood
George G. Mahfood (77356)
george.mahfood@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOUROUGH LLP
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305.373.9427

*Counsel for Plaintiffs*

By: /s/ Michael Orr
Michael Fox Orr, Esq.  (14594)
ORR COOK
818 A1A North,
Suite 302
Ponte Verde Beach, FL 32082
Tel: 904.358.8300

*Counsel for Defendants*

4896-7907-6679, v. 1