## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

LUXOTTICA GROUP S.P.A., OAKLEY,
INC. and COSTA DEL MAR, INC.,

        Plaintiffs,

v.                                                    Case No.: 3:23-cv-551-WWB-SJH

BEEMER & ASSOCIATES III, LLC,
MAHMOUD ASHOURIAN, ELAINE
ASHOURIAN and MIKLAINE, LLC,

        Defendants.
_____/

## ORDER

The Court has been advised by the Notice of Settlement that the above-styled action has been completely settled.  (Doc. 241 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  All pending motions are **DENIED as moot**.  The Clerk is directed to close this file.

**DONE AND ORDERED** at Jacksonville, Florida on May 28, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record